## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Nemeskal, | : |
| | : |
| | : |
| Plaintiff, | : Civil Action No.: 09-CV-10016 |
| v. | : |
| | : |
| Leading Edge Recovery Solutions, LLC, | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Plaintiff, Mark Nemeskal, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: January 23, 2009
      Stamford, CT

Respectfully submitted,

By: _____

Sergei Lemberg
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
B.B.O. No. 650671

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2009, a copy of the foregoing Notice of Withdrawal of the Complaint and Voluntary Dismissal of the Action Without Prejudice Pursuant to Rule 41(a) was mailed, via postage-paid wrapper, to the address below:

Dan Beam
5440 N Cumberland Ave, Suite 300
Chicago, IL 60656-1490
Telephone: (773) 380-6196

By: _____
Sergei Lemberg